Entered - Southern Division
Clerk, U.S. District Court
NOV 18 2013
Central District of California
By _____ Deputy

Entered
JS - 6

Filed
Clerk, U.S.D.C. Southern Division
NOV 18 2013
Central District of California
By _____ Deputy

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT NAKAYA, | Case No. SACV 11-1408-CAS (RNB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| KATHLEEN ALLISON, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: November 12, 2013

*/s/ Christina A. Snyder*
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE